FILED

DEC 20 2007

U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | No. 4:07CR00767 CAS |
| | ) | |
| **CALVIN GLOVER, a/k/a "Killer,"** | ) | **Counts I, V** |
| **GAYRON SLOAN, a/k/a "Ben,"** | ) | **Counts I, V** |
| **MICHAEL DORSEY,** | ) | **Counts I, V** |
| **ROBERT KINNEY, a/k/a "Taz,"** | ) | **Counts I, V** |
| **DEZON JOHNSON,** | ) | **Counts I, V** |
| **CHOEYE YOUNG, a/k/a "Joe Wood,"** | ) | **Counts I, II, III, IV, V** |
| **BRIAN WHITE, a/k/a "Crickett,"** | ) | **Counts I, II, IV, V** |
| **ARTEZIO BONNETT, a/k/a "Tezio,"** | ) | **Counts I, V** |
| | ) | |
| **Defendants.** | ) | |

**INDICTMENT**

**COUNT I: CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE HEROIN AND FENTANYL (All Defendants)**

The Grand Jury charges that:

Beginning at a time unknown, but including the period from on or about August 2006, and continuing thereafter until the date of this indictment, with the exact dates unknown to this Grand Jury, in the City of St. Louis, in the Eastern District of Missouri and elsewhere,

**CALVIN GLOVER, a/k/a "Killer,"**
**GAYRON SLOAN, a/k/a "Ben,"**

**MICHAEL DORSEY,**
**ROBERT KINNEY, a/k/a "Taz,"**
**DEZON JOHNSON,**
**CHOEYE YOUNG, a/k/a "Joe Wood,"**
**BRIAN WHITE, a/k/a "Crickett," and**
**ARTEZIO BONNETT, a/k/a "Tezio,"**

the defendants herein, did knowingly and willfully conspire, combine, confederate and agree with each other and with other persons known and unknown to this Grand Jury, to commit offenses against the United States to wit: to distribute and possess with intent to distribute heroin, a Schedule I controlled substance, and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 846; and

The quantity of heroin involved in the offense was in excess of 100 grams, punishable under Title 21, United States Code, Section 841(b)(1)(B)(i); and

The quantity of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl) involved in the offense was in excess of 40 grams, punishable under Title 21, United States Code, Section 841(b)(1)(B)(vi).

**COUNT II: DISTRIBUTION OF FENTANYL (Young & White)**

The Grand Jury further charges that:

On or about August 31, 2006, in the City of St. Louis, within the Eastern District of Missouri, the defendants,

**CHOEYE YOUNG, a/k/a "Joe Wood," and**
**BRIAN WHITE, a/k/a "Crickett,**

did knowingly and intentionally distribute N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]

propanamide (Fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT III: DISTRIBUTION OF FENTANYL (Young)**

The Grand Jury further charges that:

On or about September 7, 2006, in the City of St. Louis, within the Eastern District of Missouri, the defendant,

**CHOEYE YOUNG, a/k/a "Joe Wood,"**

did knowingly and intentionally distribute N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

**COUNT IV: DISTRIBUTION OF FENTANYL (Young & White)**

The Grand Jury further charges that:

On or about September 13, 2006, in the City of St. Louis, within the Eastern District of Missouri, the defendants,

**CHOEYE YOUNG, a/k/a "Joe Wood," and**
**BRIAN WHITE, a/k/a "Crickett,**

did knowingly and intentionally distribute N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT V: CRIMINAL FORFEITURE (All Defendants)**

The Grand Jury further charges that:

1. The allegations of Count I of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. The property, real and personal of defendants,

**CALVIN GLOVER, a/k/a "Killer,"**
**GAYRON SLOAN, a/k/a "Ben,"**
**MICHAEL DORSEY,**
**ROBERT KINNEY, a/k/a "Taz,"**
**DEZON JOHNSON,**
**CHOEYE YOUNG, a/k/a "Joe Wood,"**
**BRIAN WHITE, a/k/a "Crickett," and**
**ARTEZIO BONNETT, a/k/a "Tezio,"**

(a) constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of the violation of law set out in Count I of this Indictment, and

(b) used, or intended to be used, in any manner or part to commit or to facilitate the commission of such violations,

is property subject to forfeiture pursuant to Title 21, United States Code, Section 853(a).

3. Specifically subject to forfeiture is approximately $68,000 in United States Currency in that such sum in the aggregate is property constituting, or derived from any proceeds the defendants obtained directly or indirectly as a result of the offense alleged in Count I. It is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of $68,000.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL.

_________________________________
FOREPERSON

CATHERINE L. HANAWAY
United States Attorney

_________________________________
TIFFANY G. BECKER, #77631
Assistant United States Attorney